IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § § § § § § § | |
| v. | | CIVIL ACTION NO. 1:26-CV-00102-MJT-CLS |
| KIMBERLY R. DELUNA | | |

### ORDER ADOPTING THE REPORT AND
### RECOMMENDATION TO REMAND THE CASE TO STATE COURT

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

Kimberly R. Deluna, proceeding *pro se*, removed her state-court criminal case from the Drug Impact Court of Jefferson County, Texas, on March 24, 2026. *See* (doc. #1). On April 24, 2026, Judge Stetson issued a Report and Recommendation advising that the case be summarily remanded for lack of jurisdiction. *See* (doc. #3). To date, no objections were filed. As such, this Court reviews the Report and Recommendation for clear error. Upon review, it finds no error.

Therefore, the Report and Recommendation is **ADOPTED**. The clerk of court shall **REMAND** Criminal Case Number 23DCCR0438 to the Drug Impact Court of Jefferson County, Texas, pursuant to 28 U.S.C. § 1455(b)(4). The clerk of court shall remand the case immediately and forgo the 21-day waiting period provided by Local Rule CV-83(b).

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 12th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE